```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18428
   EDWIN L JOHNSON
   ALICE RAYNETTA FAVORS                        CHAPTER 13

                                                JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-3712     SSN XXX-XX-4613

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 10/08/2007 and was confirmed 12/17/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  30.00%.

       The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG      4256.15            .00         4256.15
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      9444.18            .00             .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY      NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           214.08            .00             .00
ASSET ACCEPTANCE          NOTICE ONLY      NOT FILED            .00             .00
CBUSA INC                 UNSECURED          1512.53            .00             .00
ECONOMY INTERIORS         NOTICE ONLY      NOT FILED            .00             .00
CHICAGO ACCEPTANCE CORP   UNSECURED       NOT FILED            .00             .00
COMCAST                   UNSECURED       NOT FILED            .00             .00
COMCAST                   NOTICE ONLY     NOT FILED            .00             .00
COMCAST                   NOTICE ONLY     NOT FILED            .00             .00
COMCAST                   UNSECURED       NOT FILED            .00             .00
CREDIT MANAGEMENT         NOTICE ONLY     NOT FILED            .00             .00
CREDIT MANAGEMENT INC     NOTICE ONLY     NOT FILED            .00             .00
INGALLS MIDWEST EMERGENC  UNSECURED       NOT FILED            .00             .00
DEPENDON COLLECTION SERV  NOTICE ONLY     NOT FILED            .00             .00
INGALLS MIDWEST EMERGENC  UNSECURED       NOT FILED            .00             .00
SUBURBAN EMERGENCY        UNSECURED       NOT FILED            .00             .00
DIVERSIFIED CREDIT        NOTICE ONLY     NOT FILED            .00             .00
NET 1ST BANK              NOTICE ONLY     NOT FILED            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED             .00            .00             .00
ASSET ACCEPTANCE LLC      UNSECURED             .00            .00             .00
R & R COMPANY MOTORS INC  UNSECURED       NOT FILED            .00             .00
RIVER AUTO GROUP LTD      UNSECURED       NOT FILED            .00             .00
MCI                       UNSECURED       NOT FILED            .00             .00
MCI                       NOTICE ONLY     NOT FILED            .00             .00
TCF NATIONAL BANK         UNSECURED       NOT FILED            .00             .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED            .00             .00
TCF BANK                  NOTICE ONLY     NOT FILED            .00             .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED          1417.85            .00             .00
TORRES CREDIT             NOTICE ONLY     NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18428 EDWIN L JOHNSON & ALICE RAYNETTA FAVORS
```

```
US DEPT OF EDUCATION      UNSECURED       NOT FILED            .00           .00
US DEPT OF EDUCATION      NOTICE ONLY     NOT FILED            .00           .00
INGALLS HOSPITAL          UNSECURED       NOT FILED            .00           .00
VAN RU CREDIT             NOTICE ONLY     NOT FILED            .00           .00
VAN RU CREDIT             NOTICE ONLY     NOT FILED            .00           .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED            .00           .00
CODILIS & ASSOCIATES      NOTICE ONLY     NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           75.01            .00           .00
CAPITAL ONE               UNSECURED         1227.92            .00           .00
ILLINOIS DEPT OF REV      PRIORITY           123.69            .00           .00
ILLINOIS DEPT OF REV      UNSECURED           41.60            .00           .00
AARON RENTS INC           SECURED NOT I        .00             .00           .00
AARON RENTS INC           UNSECURED          209.94            .00           .00
AARON RENTS INC           SECURED NOT I      761.26            .00           .00
AARON RENTS INC           UNSECURED          393.54            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          146.90            .00           .00
B-REAL LLC                UNSECURED          188.00            .00           .00
LEDFORD & WU              DEBTOR ATTY       3,000.00                       169.98
TOM VAUGHN                TRUSTEE                                          318.43
DEBTOR REFUND             REFUND                                           554.28

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 5,298.84

PRIORITY                                               .00
SECURED                                           4,256.15
UNSECURED                                              .00
ADMINISTRATIVE                                     169.98
TRUSTEE COMPENSATION                               318.43
DEBTOR REFUND                                      554.28
                       ---------------     ---------------
TOTALS                  5,298.84                  5,298.84
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 07/22/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 18428 EDWIN L JOHNSON & ALICE RAYNETTA FAVORS